1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MICHAEL A. RODRIGUEZ (NYBN 4938262)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7146
7      FAX: (415) 436-7234
       michael.rodriguez@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 19-CR-00408-CRB |
|---|---|
| Plaintiff, | [PROPOSED] DETENTION ORDER |
| v. | |
| DEMARCO SHAW, | |
| Defendant. | |

On August 27, 2019, defendant Demarco Shaw was charged by indictment with (1) Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2), and (2) Use of a Facility of Interstate Commerce to Entice a Minor to Engage in Criminal Sexual Activity, in violation of 18 U.S.C. § 2422(b).

This matter came before the Court on September 11, 2019 for a detention hearing. The defendant was present and represented by Jodi Linker of the Federal Public Defender's Office. Assistant United States Attorney Ross Weingarten appeared for the government. The government moved for detention and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the court file and the parties' proffers at the detention hearing, the Court

finds by a preponderance of the evidence that no combination of conditions will reasonably assure the defendant's appearance as required, and by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community. Accordingly, the Court orders the defendant detained pending trial.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).

As further noted on the record during the detention hearing, and after considering all of the facts and proffers presented at the hearing, including the information contained in the Pretrial Services report, the Court finds, by a preponderance of the evidence, that no condition or combination of conditions will reasonably assure the defendant's appearance as required, and, by clear and convincing evidence, that no condition or combination of conditions will reasonably assure the safety of the community, including because of: (1) the nature and seriousness of the charged offense in this case, combined with the fact that the defendant has a prior conviction for a similar offense; and (2) the defendant's conduct in fleeing from police at least twice in recent months, repeatedly misstating his age and relationship to the alleged victim, and his violations of an Emergency Protective Order relating to the alleged victim.

These findings are made without prejudice to the defendant's right to seek review of his detention, or to file a motion for reconsideration if circumstances warrant it.

Accordingly, pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a

//

court proceeding.

IT IS SO ORDERED.

DATED: 9/17/19

_____
HONORABLE JOSEPH C. SPERO
United States Chief Magistrate Judge