STEVEN G. KALAR
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:       elizabeth_falk@fd.org

Counsel for Defendant SHAW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 19-408 CRB |
| Plaintiff, | **STIPULATED [PROPOSED] ORDER PERMITTING DEFENDANT'S AUNT, SHARON JOHNSON, TO PARTICIPATE IN LEGAL ZOOM INTERNET SESSIONS WITH COUNSEL OF RECORD AND DEFENDANT AT SANTA RITA JAIL** |
| v. | |
| DEMARCO SHAW, | |
| Defendant. | |

    For the reasons stated in Court on July 29, 2020, the Alameda County Sheriff, the Santa Rita Jail, and the United States Marshal Service is hereby ORDERED to allow the defendant's aunt, Sharon Johnson, to participate in Zoom internet sessions that are both arranged by and attended by counsel of record, Elizabeth M. Falk of the Federal Public Defender's office for the duration of this case.

    Defense counsel shall arrange the Zoom meetings and at all times shall be present on any Zoom call that Ms. Johnson participates in.

1
2       IT IS SO ORDERED.
3
4       <u>July 29, 2020</u>                     _____
            Dated                              CHARLES R. BREYER
5                                              United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] STIPULATED ORDER
*SHAW*, CR 20-52–420 EMC